

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Elisio Maldonado, Jr.,

Vs. No. 11-19-00243-CR

The State of Texas,

\* From the 106th District Court
  of Dawson County
  Trial Court No. 12-7157.

\* March 12, 2020

\* Per Curiam Memorandum Opinion
  (Panel consists of: Bailey, C.J.,
  Stretcher, J., and Wright, S.C.J.,
  sitting by assignment)
  (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.